IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 13-590 |
| TYSHEIK MCDOUGAL | : | |

**ORDER**

AND NOW, this 20th day of Nov, 2017, upon consideration of the Government's Motion to Dismiss Information in the above-captioned case, it is hereby

ORDERED

that the Motion is GRANTED and the Information is DISMISSED.

BY THE COURT:

HONORABLE CYNTHIA M. RUFE
*Judge, United States District Court*